Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165



UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ALVAREZ QUIZAR ROMUALDO, ET AL
    Plaintiff
GURU KRUPA 104 CORPORATION (D/B/A 104 DELI), ET AL
    Defendant

Index / case #: 19-CV-05188

**AFFIDAVIT OF SERVICE**

Queens County, State of: New York, Steave F Louis being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: New York

On 11-21-19 at 6:40 am/**pm** at: 10727 ATLANTIC AVENUE JAMAICA NY 11418

Deponent served the within: SUMMONS & COMPLAINT
NOTICE OF INTENTION

On which were set forth the Index No., herein, and date of filing

On: HABIB H. ALI C/O M&Z CORPORATION D/B/A FAMILY GROCERY & DELI
(herein after called the recipient) therein named.

- [ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

- [x] **Suitable Age person** — By delivering thereat a true copy of each to: Chirag Patel, managing agent/manager, a person of suitable age and discretion. Said premises [x] recipients [ ] Actual Place of Residence [x] Actual Place of Business within the State.

- [ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

- [ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

- [x] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [x] Actual Place of Business at 10727 Atlantic Avenue, Jamaica, NY 11418 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

- [x] **Description** — [x] Male [ ] Female [ ] White skin [ ] Black skin [ ] Yellow skin [x] Brown skin [ ] Red skin — [x] Black hair [ ] Brown hair [ ] Gray hair [ ] Blonde hair [ ] Red hair — [ ] 14-20 Yrs [ ] 21-35 Yrs [ ] 36-50 Yrs [ ] 51-65 Yrs [ ] Over 65 Yrs — [ ] Under 5' [ ] 5'0"-5'3" [ ] 5'4"-5'8" [ ] 5'9"-6'0" [ ] Over 6' — [ ] Under 100 Lbs [ ] 100-130 Lbs [ ] 131-160 Lbs [x] 161-200 Lbs [ ] Over 200 Lbs
Other Identifying Features: 5'5"-5'10" 31 years of age

- [x] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

- [ ] Subpoena Fee Tendered in the amount of _____

- [ ] _____

Sworn to before me on 11/22/2019

ADAM C MUHLEMAN
Notary Public, State of New York
No. 01MU6271533
Qualified in Suffolk County
Commission Expires 11/19/2020

(Print name below signature)
Steave F. Louis- ucft
Reliant Court Services Inc.
3275 Veterans Highway; Suite B-12
Ronkonkoma, NY 11779
NYC DCA Process serving Agency Lic# 1385164
631-567-3120

File No. 19-CV-05188
work order no. 478439

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ALVAREZ QUIZAR ROMUALDO and BORIS ASARAEL HERNANDEZ LOPEZ, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>GURU KRUPA 104 CORPORATION (D/B/A 104 DELI). et al.<br><br>*Defendant(s)* | Civil Action No. 19-cv-5188 WFK-SJB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Habib H. Ali
c/o Family Grocery & Deli
10727 Atlantic Ave,
Jamaica, NY 11418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer

*CLERK OF COURT*

Date: 09/16/2019

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*