UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVAREZ QUIZAR ROMUALDO and BORIS ASARAEL HERNANDEZ LOPEZ *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>M&Z CORPORATION (D/B/A FAMILY GROCERY & DELI), NAJMA MOHAMED RAZA (A.K.A MOHAMED), ABBASALI RAZA, and HABIB H. ALI,<br><br>*Defendants.* | Case No. **19-CV-5188**<br><br>CERTIFICATE OF DEFAULT |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Abbasali Raza has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Abbasali Raza is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
_____, 2021

**DOUGLAS C. PALMER**
Clerk of the Court

By: _____
     Deputy Clerk