**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ALVAREZ QUIZAR ROMUALDO and
BORIS ASARAEL HERNANDEZ LOPEZ
, *individually and on behalf of others similarly*
*situated,*

-against-

GURU KRUPA 104 CORPORATION (D/B/A
104 DELI), M&Z COROPRATION (D/BA
FAMILY GROCERY & DELI), JATIN
PATEL, NAJMA MOHAMED RAZA (AKA
MOHAMED), ABBASALI RAZA, and
HABIB H. ALI,

*Defendants*

-------------------------------------------------------X

**Index No. 19-cv-5188**

**STIPULATION OF**
**DISCONTINUANCE**
**WITH PREJUDICE**

No party herein being an infant, an incompetent for whom a committee has been appointed, or a conservatee, and there being no person not a party who has any interest in the subject matter of the action:

IT IS STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and Defendants Guru Krupa 104 Corporation and Jatin Patel that this action is hereby dismissed with prejudice as against  Guru Krupa 104 Corporation and Jatin Patel, without costs to any party as against any other party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;  and

IT IS FURTHER STIPULATED AND AGREED that the cross-claims of Defendants Guru Krupa 104 Corporation and Jatin Patel against M&Z Corporation (d/b/a Family Grocery & Deli), Najma Mohamed Raza (a/k/a Mohamed), Abbasali Raza, and Habib H. Ali As asserted in the Answer (Dkt. No. 15) are discontinued pursuant to Rule 41(c) of the Federal Rules of Civil Procedure without prejudice and without costs to any other party; and

IT IS FURTHER STIPULATED AND AGREED, that for purposes of this stipulation, signatures on this stipulation may be exchanged via email at the email addresses shown below, that signatures so exchanged, and hereon, have the same force and effect as originals so long as all counsel identified below have so executed this stipulation, and that counsel are authorized to electronically-file a copy of the fully-executed stipulation without further notice.

Dated:   New York, New York
~~July~~ Sept 10 2021

By: _/s Clela Errington_____
Clela A. Errington, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
cerrington@faillacelaw.com
*Attorneys for Plaintiffs*

By: _Ira Levine, Esq._____
Ira Levine, Esq.
543 Broadway
Massapequa, New York 11758
(516) 541-1072
ilevinelaw@optonline.com
*Attorney for Defendants Guru Krupa 104 Corporation (d/b/a 104 Deli) and Jatin Patel*

SO ORDERED:
*/s/ Sanket J. Bulsara*   September 13, 2021_____

- 2 -