UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVAREZ QUIZAR ROMUALDO and BORIS ASARAEL HERNANDEZ LOPEZ *individually and on behalf of others similarly situated,*<br><br>                    *Plaintiff,*<br><br>-against-<br><br>M&Z CORPORATION (D/B/A FAMILY GROCERY & DELI), NAJMA MOHAMED RAZA (A.K.A MOHAMED), ABBASALI RAZA, and HABIB H. ALI,<br><br>                    *Defendants.* | Case No. **19CV-5188(SJB)**<br><br>CERTIFICATE OF<br><br>DEFAULT |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Habib H. Ali has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Habib H. Ali is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       November 15, 2021

                                                            **DOUGLAS C. PALMER**
                                                            Clerk of the Court

                                                            By: ___*Jalitza Poveda*___
                                                                    Deputy Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVAREZ QUIZAR ROMUALDO and BORIS ASARAEL HERNANDEZ LOPEZ *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>M&Z CORPORATION (D/B/A FAMILY GROCERY & DELI), NAJMA MOHAMED RAZA (A.K.A MOHAMED), ABBASALI RAZA, and HABIB H. ALI,<br><br>*Defendants.* | Case No. **19-CV-5188**<br><br>**CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant M&Z Corporation d/b/a Family Grocery & Deli has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant M&Z Corporation d/b/a Family Grocery & Deli is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      November 15, 2021

**DOUGLAS C. PALMER**
Clerk of the Court

By: _Jalitza Poveda_
      Deputy Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVAREZ QUIZAR ROMUALDO and BORIS ASARAEL HERNANDEZ LOPEZ *individually and on behalf of others similarly situated,* <br><br> *Plaintiff,* <br><br> -against- <br><br> M&Z CORPORATION (D/B/A FAMILY GROCERY & DELI), NAJMA MOHAMED RAZA (A.K.A MOHAMED), ABBASALI RAZA, and HABIB H. ALI, <br><br> *Defendants.* | Case No. **19-CV-5188** <br><br> **CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Najma Mohamed Raza a/k/a Mohamed has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Najma Mohamed Raza a/k/a Mohamed is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      November 15, 2021

                                                  **DOUGLAS C. PALMER**
                                                      Clerk of the Court

                                          By: _____*Jalitza Poveda*_____
                                                         Deputy Clerk