# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
―――――――

clela@csm-legal.com

July 22, 2022

**BY ECF**
Honorable Sanket Bulsara
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　Re:　　Quizar Romualdo et al v. Guru Krupa 104 Corporation et al; 19-cv-5188

Your Honor:

　　　This office represents Plaintiffs in the above referenced matter. Plaintiffs write with respect to the Court's order of July 8, 2022.

　　　Given the amount of time that has lapsed since this case was originally filed and served, and that there has been turnover in representation since that time, Plaintiff has elected to withdraw the pending Motion for Default Judgment and re-serve the complaint on defaulting defendants in order to correct any default in service. The Plaintiff respectfully requests a time period of 45 days in which to re-serve the complaint.

　　　The reason for this request is that it is likely that in the three years since this case was filed, the defaulting defendants are no longer at the address initially served. Further in-house attempts to locate these defendants' current or most recent addresses have not proven productive and as such the undersigned will need to contract an outside firm to locate these defendants in order to properly effectuate service.

　　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　Clela Errington
　　　　　　　　　　　　　　　　　　CSM Legal, P.C.
　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff